# NOTICE OF REMOVAL COMPOSITE EXHIBIT 6

```
1 FLN/DCC  1703278312970   ID#:  ███████      SRC IND: 7        VENDOR ID  EN   837 CLAIM FORM - MEDICAL      DATE 02/01/17
+-------------------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER          ID#: ███████       HIC#          RTE:    ATTCH:      KEYER: 111111999  DT: 02 01 17         |
+-------------------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM), REL DOB SEX               |4 INSUREDS NAME (LFM)                       DOB      SEX                |
|  PAT REL TO INSD 18/SELF    DOB        SEX F    |████████                                       █              F        |
|  ████████                        █   █          |                                                                       |
+-------------------------------------------------+-----------------------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE                       |
|                                                 |                                                                       |
|  ████████        FL                             |  ████████         FL                                                  |
|               PHONE# 0000000000                 |               PHONE# 0000000000                                       |
+-------------------------------------------------+-----------------------------------------------------------------------+
|8 STAT      MARITAL:        EMPLOYMENT:          STUDENT:          DECEASED:                                              |
|                                                                                                                         |
+-------------------------------------------------------------------------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)         DOB   SEX    |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID                 |
|                                                 |   EMPLOYMENT STATUS CODE:                                             |
|   INSURED ID#:                 00000000         |                                                                       |
|   PATIENT RELATIONSHIP TO INSURED:              |                                               ID #                   |
+-------------------------------------------------+-----------------------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7B INSUREDS POLICY, GROUP OR FECA# AND NAME                      |
|                                                 |                                             SPEC PRG IND             |
|                                                 |                                                   000               |
|                                                 +-----------------------------------------------------------------------+
|                      PHONE# 0000000000          |7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC                    |
+-------------------------------------------------+   PACIFICARE AZ FEE FOR SERVICE                                       |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME      |   PAYOR SEQ # P                              87726    CI/COMM INS     |
|                            SPEC PRG IND         +-----------------------------------------------------------------------+
|                                   000           |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?                               |
|                                                 |   NO, PATIENT DOES NOT HAVE OTHER INSURANCE                           |
+-------------------------------------------------+-----------------------------------------------------------------------+
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND |7E INSURANCE ADDRESS                                         |
|                                                 |                                                                       |
|   CLM FILING IND:                               |                                                                       |
|   DESCRIPTION:                                  |                                                                       |
+-------------------------------------------------+-----------------------------------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |9E OTHER INSURANCE ADDRESS INFORMATION                          |
|                                                 |                                                                       |
|   EMPLOYMENT STATUS CODE:                        |                                                                       |
|                                                 |                                                                       |
|                         ID#                     |                                                                       |
+-------------------------------------------------------------------------------------------------------------------------+
|10 IS PATIENTS CONDITION RELATED TO:     A EMPLOYMENT?  N/NOT EMP REL                                                     |
|                                         B AUTO/OTHER ACCIDENT?  NO ACCIDENT        PLACE/ST      DATE 000000     HOUR    |
+-------------------------------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                                           |
|   ASCENT MEDICAL GROUP LLC                                                                                              |
|   406 SW 12TH AVENUE                                                                                                    |
|   DEERFIELD BEACH         FL   334423108                         PHONE# 9544261169                                      |
|   TIN# 454552036          EIN/SSN  EIN              UPIN#                                                                |
|   UHC ID                  NPI 1356616247            MDCD#                                                                |
+-------------------------------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE      |12A CLAIM FREQ  |13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE            |
|                                                 |    TYPE CODE   |                                                       |
|   Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|  1   |Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER           |
+-------------------------------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                                             |
+-------------------------------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR   |15 SAME/SIMILAR |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  |
|                     INJURY-ACCIDENT OR         |   ILLNESS DATE |                                                       |
|    000000           PREGNANCY-LMP              |                | TOTAL DISABILITY    FROM 000000     TO 000000         |
|                                                |     000000      | PARTIAL DISABILITY  FROM 000000     TO 000000         |
|  SAME SYMPTOM IND:     FIRST SYMPTOM IND:      |                | DATE RETURNED TO WORK  000000                        |
+------------------------------------------------+--------------------------------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI    |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE                   |
|   ORTIZ                                         |                                                                       |
|   JULIO                    1154542512          |   FROM  000000          TO  000000                                   |
|   SUPERVISING PHYS         LFM  NPI             |                                                                       |
+-------------------------------------------------+-----------------------------------------------------------------------+
|17A ID# OF REF. PHY.                             |20 OUTSIDE LAB?              $CHARGE                                   |
|                                                 |                                                                       |
+-------------------------------------------------+-----------------------------------------------------------------------+
|19 REF PHY UPIN                                     REF PHY TAX ID & TYPE                                                |
+-------------------------------------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY     ICD VERSION 0 (0,9)    |22 MEDICAID RESUBMISSION                              |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)                          |                                                     |
| 1 M79672                   2                                          | CODE        ORIGINAL REF. NO.                       |
```

Page 1

```
| 3                          4                          |                                                   |
|                                                       +---------------------------------------------------+
| 5                          6                          |23 PRIOR AUTHORIZATION NUMBER                      |
| 7                          8                          |                                                   |
| 9                          10                         |23A CLIA# (CLAIM LEVEL)                            |
| 11                         12                         |                                                   |
+-------------------------------------------------------+---------------------------------------------------+
```

```
+------+------+-----+----------+------+------+---------+------+------------+------+------+---------+------+------+
|24   A|  B|C |TYPE |     D    | MOD  |  E   |    F    |  G   | GG| H | I  |   I  |  II  |    J    |   L  |      |
|DATES OF SERVICE|PLC/|/SV| CPT/ |1, 2, 3, 4|DIAG| $CHARGES|DAY/|ANES|EMG|OTHER INS|NEGOTIAT|DEDUCTIBLE| PAID |      |
|FROM     TO |SV |/SV|HCPCS |      |CODE  |         |UNITS |TIME|IND| ALLOWED|RATE IND| AMOUNT  |AMOUNT|      |
+------+------+-----+----------+------+------+---------+------+------------+------+------+---------+------+------+
|  ███     ███ | 22 |64450  59 |      |1000  |  850.00 |00001.0|0000| N |    .00|      |     .00|   .00|      |
|              | 22 |76942  26 |      |1000  | 1190.00 |00001.0|0000| N |    .00|      |     .00|   .00|      |
+-------------------------------------------------------------------------------------------------------------+
|24M LINE INFO                                          |                                                    |
+-------------------------------------------------------+----------------------------------------------------+
```

```
+------------------+-------------------+------------------------+---------------------------------------------+
| SERVICE LINE #   | LINE ITEM CNTRL NO |  CLIA# (LINE LEVEL)   |         SVC NPI (LINE LEVEL)                |
+------------------+-------------------+------------------------+---------------------------------------------+
| 001              |1756885            |                        |                                             |
| 002              |1756886            |                        |                                             |
+------------------+-------------------+------------------------+---------------------------------------------+
|24H EPSDT IND    CODE1    CODE2    CODE3 |                                                                   |
+-----------------------------------------+                                                                   +
```

```
+------------------+-----------+-------------------+--------------------------------------------------------+
| SERVICE LINE #   | EPSDT IND | FAMILY PLANNING IND |                                                      |
+------------------+-----------+-------------------+--------------------------------------------------------+
| 001              |           |                   |                                                        |
| 002              |           |                   |                                                        |
+------------------+-----------+-------------------+--------------------------------------------------------+
```

```
+-----------------------------+-----------------------+-----------------+----------------+-------------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#   |27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE|
+-----------------------------+-----------------------+-----------------+----------------+-------------------+
| 454552036      EIN        | ███████               |A/ASSIGNED       | 2040.00|      .00|PD    .00ALW     .00|
+-----------------------------+-----------------------+-----------------+----------------+-------------------+
```

```
+---------------------------------+-----------------------------------------+-----------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY       | 32B - ENCOUNTER PAID              |
|   SUPPLIER (FL)                 |   WHERE SERVICES WERE RENDERED          |      DATES:                       |
|                                 |                                         |                                   |
|   TAXONOMY CODE                 |   BETHESDA HOSPITAL WEST OP             | CLAIM LEVEL:                      |
|                                 |   9655 BOYNTON BEACH BLVD               |                                   |
|                                 |                                         | LINE LEVEL:                       |
|                                 |   BOYNTON BEACH         FL  334724421   |                                   |
|   ST LICENSE#                   |      SVC NPI (CLAIM LEVEL): 1417952748  |                                   |
+---------------------------------+-----------------------------------------+-----------------------------------+
|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC                    |                                   |
|                                                                           |                                   |
|   ORTEGA                                        JOSE                       |                                   |
|                                                                           |                                   |
|                                               PHONE# 0000000000           |                                   |
|   NABP#       UPIN#           NPI 1235151416                               |                                   |
|   MEDICARE#          MEDICAID#                                             |                                   |
+---------------------------------------------------------------------------+-----------------------------------+
|34 PAY-TO PROVIDER NPI:         CLRNG HOUSE CLAIM ID: H1VEMH18V6081P    CLINICAL TRIAL#:                      |
+------------------------------------------------------+------------------------------------------------------+
```

```
|S1 OTHER INSURED2 INFORMATION -                       |S4 OTHER INSURANCE INFORMATION -                      |
|                                                      |                                                      |
|                                                      |                                                      |
| DOB, SEX, SSN:  00000000                             | CLAIM NUMBER:                                        |
| PATIENT RELATION TO INSURED:                         | PAYER RESP SEQ :     ROUTE IND:                      |
| ADDR1:                                               | CLAIM TOTAL OI PAID AMOUNT:       .00                |
| ADDR2:                                               | CLAIM TOTAL DEDUCTIBLE AMOUNT:        .00            |
| CITY,ST,ZIP:                                         | CLAIM CONTRACTUAL ADJ:        .00                    |
| PHONE:  0000000000                                   | CLAIM INTEREST AMOUNT PAID:       .00                |
|                                                      | CLAIM TOTAL COINSURANCE AMOUNT:        .00           |
| EMPLOYMENT STATUS CODE:                              |                                                      |
| EMPLOYERS/SCHOOL NAME:                               | REMARK CODE 1,2,3 AND 4:                             |
| ADDR:                                                | CLAIM ADJUSTMENT INDICATOR:                          |
| CITY,ST,ZIP                                          | CLAIM ADJUSTMENT ORIG. PAYMENT:       .00            |
| EMPLOYEE ID:                                         |                                                      |
|                                                      | REMITTANCE ADVICE REMARK CODE1:                      |
|------------------------------------------------------| REMITTANCE ADVICE REMARK CODE2:                      |
|S2 OTHER PAYOR2 INFORMATION -                         | REMITTANCE ADVICE REMARK CODE3:                      |
|                                                      | REMITTANCE ADVICE REMARK CODE4:                      |
| POL/GROUP#:                                          | REMITTANCE ADVICE REMARK CODE5:                      |
|                           SPEC PRG IND: 000          |------------------------------------------------------|
| INSURANCE PLAN/GROUP NAME:                           |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION|
| PAYOR2 ID AND SPC:  00000      PAYER RESP SEQ :      |                                                      |
|------------------------------------------------------|                                                      |
|S3 MISCELLANEOUS CLAIM INFORMATION -                  |                                                      |
|                                                      |                                                      |
| CLAIM TAX AMOUNT:        .00                         |                                                      |
| PROVIDER DISCOUNT AMOUNT:        .00                 |                                                      |
+------------------------------------------------------+------------------------------------------------------+
```

```
1 FLN/DCC  1712590334985    ID#:  ████████    SRC IND: 7      VENDOR ID  EN   837 CLAIM FORM - MEDICAL     DATE 05/05/17
+------------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER       ID#: ████████      HIC#            RTE:    ATTCH:      KEYER: 111111999  DT: 05 05 17    |
+------------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM), REL DOB SEX          |4 INSUREDS NAME (LFM)                              DOB       SEX      |
|  PAT REL TO INSD 18/SELF    DOB   SEX F    |  █████                                                      F       |
+--------------------------------------------+---------------------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE  |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE              |
|                                                  |                                                             |
|  █████          FL                               |  █████              FL                                      |
|                 PHONE# 0000000000                |                     PHONE# 0000000000                       |
+--------------------------------------------------+-------------------------------------------------------------+
|8 STAT     MARITAL:       EMPLOYMENT:        STUDENT:        DECEASED:                                            |
+------------------------------------------------------------------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)       DOB   SEX  |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID           |
|                                             |   EMPLOYMENT STATUS CODE:                                       |
|                                             |                                                                |
|  INSURED ID#:            00000000           |                                                     ID #        |
|  PATIENT RELATIONSHIP TO INSURED:           |                                                                |
+---------------------------------------------+----------------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7B INSUREDS POLICY, GROUP OR FECA# AND NAME             |
|                                                        |                                           SPEC PRG IND |
|                                                        |   █████                                           000  |
|                            PHONE# 0000000000           |---------------------------------------------------------|
+--------------------------------------------------------|7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC     |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME              |   PACIFICARE AZ FEE FOR SERVICE                         |
|                             SPEC PRG IND|               PAYOR SEQ # P                   87726    CI/COMM INS|
|                                     000 |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?                 |
|                                         |   NO, PATIENT DOES NOT HAVE OTHER INSURANCE             |
+-----------------------------------------+-------------------------------------------------------------------+
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND |7E INSURANCE ADDRESS                                  |
|                                                          |                                                      |
|  CLM FILING IND:                                         |                                                      |
|  DESCRIPTION:                                            |                                                      |
+----------------------------------------------------------+------------------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID    |9E OTHER INSURANCE ADDRESS INFORMATION                |
|                                                          |                                                      |
|  EMPLOYMENT STATUS CODE:                                 |                                                      |
|                                                          |                                                      |
|                         ID#                              |                                                      |
+----------------------------------------------------------+------------------------------------------------------+
|10 IS PATIENTS CONDITION RELATED TO:    A EMPLOYMENT?  N/NOT EMP REL                                              |
|                                        B AUTO/OTHER ACCIDENT?  NO ACCIDENT    PLACE/ST    DATE 000000    HOUR    |
+------------------------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                                    |
|   ASCENT MEDICAL GROUP LLC                                                                                       |
|   406 SW 12TH AVENUE                                                                                             |
|   DEERFIELD BEACH        FL   334423108                 PHONE# 9544261169                                        |
|   TIN# 454552036         EIN/SSN  EIN              UPIN#                                                         |
|   UHC ID                 NPI 1356616247            MDCD#                                                         |
+------------------------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE   |12A CLAIM FREQ |13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE         |
|                                              |   TYPE CODE   |                                                    |
|  Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|  1  |Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER   |
+------------------------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                                      |
+------------------------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR  |15 SAME/SIMILAR |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR        |   ILLNESS DATE |                                                 |
|    000000           PREGNANCY-LMP             |                |  TOTAL DISABILITY    FROM 000000   TO 000000    |
|                                               |       000000   |  PARTIAL DISABILITY  FROM 000000   TO 000000    |
|  SAME SYMPTOM IND:     FIRST SYMPTOM IND:     |                |  DATE RETURNED TO WORK  000000                  |
+-----------------------------------------------+----------------+--------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI   |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE         |
|   GANESH                                      |                                                            |
|   SELVA                    1356498323         |   FROM  000000          TO  000000                         |
|   SUPERVISING PHYS         LFM  NPI           |                                                            |
+-----------------------------------------------+------------------------------------------------------------+
|17A ID# OF REF. PHY.                           |20 OUTSIDE LAB?             $CHARGE                          |
+-----------------------------------------------+------------------------------------------------------------+
|19 REF PHY UPIN                           REF PHY TAX ID & TYPE                                                   |
+------------------------------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD VERSION 0 (0,9) |22 RESUBMISSION                                 |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)                     |                                                |
|  1 N83201                      2               |  CODE        ORIG REF NO                                       |
```

Page 1

```
| 3                        4                        |                                                    |
|                                                   +----------------------------------------------------+
| 5                        6                        |23 PRIOR AUTHORIZATION NUMBER                       |
| 7                        8                        |   A016776306                                       |
| 9                        10                       |23A CLIA# (CLAIM LEVEL)                             |
| 11                       12                       |                                                    |
+---------------------------------------------------+----------------------------------------------------+
|24       A      |B |C   |    D     |MOD  |E    |F        |  G   |GG |H   |  I       |II     |J         |L       |
|DATES OF SERVICE|PLC|TYPE|CPT/      |     |DIAG |$CHARGES |DAY/  |ANES|EMG|OTHER INS |NEGOTIAT|DEDUCTIBLE|PAID    |
|FROM    TO      |SV |/SV |HCPCS 1, 2, 3, 4|CODE|         |UNITS |TIME|IND|ALLOWED   |RATE IND|AMOUNT    |AMOUNT  |
|  ████████████  |22 |    |00840  QZ |     |1000 |3990.00  |00000.0|0148| N |     .00  |        |      .00 |     .00|
|24M LINE INFO                                      |                                                    |
+---------------------------------------------------+----------------------------------------------------+
|SERVICE LINE # | LINE ITEM CNTRL NO   | CLIA# (LINE LEVEL)        |       | SVC NPI (LINE LEVEL)  |    |
| 001           |1827203               |                          |       |                       |    |
+---------------------------------------------------+----------------------------------------------------+
|24H EPSDT IND    CODE1    CODE2    CODE3  |
|SERVICE LINE # | EPSDT IND |FAMILY PLANNING IND|
| 001           |           |                   |
+---------------------------------------------------+----------------------------------------------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#|27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE|
| 454552036      EIN  ██████████ | A/ASSIGNED      |  3990.00|  .00|PD   .00ALW      .00|
+---------------------------------------------------+----------------------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY    | 32B - ENCOUNTER PAID |
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED    |       DATES:         |
|   TAXONOMY CODE    367500000X      |   BETHESDA MEMORIAL HOSPITAL OP   | CLAIM LEVEL:         |
|                                    |   2815 S SEACREST BLVD            |                      |
|                                    |   BOYNTON BEACH        FL 334357995| LINE LEVEL:         |
|   ST LICENSE#                      |   SVC NPI (CLAIM LEVEL):          |                      |
+---------------------------------------------------+----------------------------------------------------+
|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC           |
|   BURNS                             AMINA                          |
|                                     PHONE# 0000000000             |
|   NABP#      UPIN#        NPI  1508257999                          |
|   MEDICARE#        MEDICAID#                                       |
+---------------------------------------------------+----------------------------------------------------+
|34 PAY-TO PROVIDER NPI:         CLRNG HOUSE CLAIM ID: H55EMH0XTK029U    CLINICAL TRIAL#:          |
+---------------------------------------------------+----------------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -                    |S4 OTHER INSURANCE INFORMATION -                   |
|                                                   |                                                   |
|DOB, SEX, SSN:  00000000                           |CLAIM NUMBER:                                      |
|PATIENT RELATION TO INSURED:                       |PAYER RESP SEQ :    ROUTE IND:                     |
|ADDR1:                                             |CLAIM TOTAL OI PAID AMOUNT:        .00             |
|ADDR2:                                             |CLAIM TOTAL DEDUCTIBLE AMOUNT:     .00             |
|CITY,ST,ZIP:                                       |CLAIM CONTRACTUAL ADJ:       .00                   |
|PHONE: 0000000000                                  |CLAIM INTEREST AMOUNT PAID:      .00               |
|                                                   |CLAIM TOTAL COINSURANCE AMOUNT:      .00           |
|EMPLOYMENT STATUS CODE:                            |                                                   |
|EMPLOYERS/SCHOOL NAME:                             |REMARK CODE 1,2,3 AND 4:                           |
|ADDR:                                              |CLAIM ADJUSTMENT INDICATOR:                        |
|CITY,ST,ZIP                                        |CLAIM ADJUSTMENT ORIG. PAYMENT:      .00           |
|EMPLOYEE ID:                                       |                                                   |
+---------------------------------------------------+REMITTANCE ADVICE REMARK CODE1:                    |
|S2 OTHER PAYOR2 INFORMATION -                      |REMITTANCE ADVICE REMARK CODE2:                    |
|                                                   |REMITTANCE ADVICE REMARK CODE3:                    |
|POL/GROUP#:                                        |REMITTANCE ADVICE REMARK CODE4:                    |
|                     SPEC PRG IND: 000             |REMITTANCE ADVICE REMARK CODE5:                    |
|INSURANCE PLAN/GROUP NAME:                         +---------------------------------------------------|
|PAYOR2 ID AND SPC: 00000     PAYER RESP SEQ :      |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION|
+---------------------------------------------------+
|S3 MISCELLANEOUS CLAIM INFORMATION -               |
|                                                   |
|CLAIM TAX AMOUNT:       .00                         |
|PROVIDER DISCOUNT AMOUNT:       .00                 |
+---------------------------------------------------+
```

```
1 FLN/DCC  1627035739985    ID#: ███████    SRC IND: 7        VENDOR ID  EN   837 CLAIM FORM - MEDICAL      DATE 09/26/16
+------------------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER        ID#: ███████        HIC#              RTE:    ATTCH:      KEYER: 111111999  DT: 09 26 16|
+------------------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM), REL DOB SEX                     |4 INSUREDS NAME (LFM)                       DOB     SEX |
|  PAT REL TO INSD 18/SELF      DOB ██████  SEX F       |  ████████                                          F  |
|  ████████                                            |                                              ████████  |
+------------------------------------------------------------------------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE       |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE       |
|                                                       |                                                       |
|  ████████          FL                                |  ████████          FL                                |
|              PHONE# 0000000000                        |              PHONE# 0000000000                        |
+------------------------------------------------------------------------------------------------------------------------+
|8 STAT     MARITAL:          EMPLOYMENT:          STUDENT:           DECEASED:                                          |
+------------------------------------------------------------------------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)        DOB    SEX     |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |
|                                                  |   EMPLOYMENT STATUS CODE:                             |
|  INSURED ID#:              00000000              |                                                       |
|  PATIENT RELATIONSHIP TO INSURED:                |                                          ID #         |
+------------------------------------------------------------------------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7B INSUREDS POLICY, GROUP OR FECA# AND NAME           |
|                                                        |                                           SPEC PRG IND|
|                                                        |  ████████                                         000 |
|                    PHONE# 0000000000                   |-------------------------------------------------------|
+--------------------------------------------------------|7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC   |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME             |  PACIFICARE AZ FEE FOR SERVICE                       |
|                                      SPEC PRG IND|PAYOR SEQ # P                        87726  CI/COMM INS|
|                                             000 |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?               |
|                                                 |  NO, PATIENT DOES NOT HAVE OTHER INSURANCE            |
+------------------------------------------------------------------------------------------------------------------------+
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND |7E INSURANCE ADDRESS                                 |
|                                                          |                                                     |
|  CLM FILING IND:                                         |                                                     |
|  DESCRIPTION:                                            |                                                     |
+------------------------------------------------------------------------------------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID  |9E OTHER INSURANCE ADDRESS INFORMATION                |
|                                                        |                                                       |
|  EMPLOYMENT STATUS CODE:                               |                                                       |
|                                                        |                                                       |
|                    ID#                                 |                                                       |
+------------------------------------------------------------------------------------------------------------------------+
|10 IS PATIENTS CONDITION RELATED TO:    A EMPLOYMENT?  N/NOT EMP REL                                                    |
|                                        B AUTO/OTHER ACCIDENT?  NO ACCIDENT      PLACE/ST    DATE 000000    HOUR        |
+------------------------------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                                         |
|   ASCENT MEDICAL GROUP LLC                                                                                            |
|   406 SW 12TH AVENUE                                                                                                  |
|   DEERFIELD BEACH          FL   334423108                   PHONE# 9544261169                                         |
|   TIN# 454552036           EIN/SSN  EIN               UPIN#                                                           |
|   UHC ID                   NPI 1356616247             MDCD#                                                           |
+------------------------------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE        |12A CLAIM FREQ  |13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE    |
|                                                   |    TYPE CODE   |                                               |
|  Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|  1       |Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER   |
+------------------------------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                                           |
+------------------------------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR  |15 SAME/SIMILAR |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR        |   ILLNESS DATE |                                                    |
|    000000           PREGNANCY-LMP             |                |  TOTAL DISABILITY     FROM 000000   TO 000000      |
|                                               |       000000   |  PARTIAL DISABILITY   FROM 000000   TO 000000      |
|  SAME SYMPTOM IND:     FIRST SYMPTOM IND:     |                |  DATE RETURNED TO WORK  000000                     |
+------------------------------------------------------------------------------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI   |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE   |
|  BECKLER                                      |                                                      |
|  ANDREW                  D  1285878074        |   FROM  000000          TO  000000                   |
|  SUPERVISING PHYS        LFM  NPI             |                                                      |
|                                               |                                                      |
+------------------------------------------------------------------------------------------------------------------------+
|17A ID# OF REF. PHY.                           |20 OUTSIDE LAB?           $CHARGE                     |
|                                               |                                                      |
+------------------------------------------------------------------------------------------------------------------------+
|19 REF PHY UPIN                    REF PHY TAX ID & TYPE                                                                |
+------------------------------------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD VERSION 0 (0,9) |22 MEDICAID RESUBMISSION                            |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)                     |                                                    |
| 1  J329                         2                                | CODE        ORIGINAL REF. NO.                       |
```

Page 1

```
|                                           |                                          |
| 3                    4                    |                                          |
+-------------------------------------------|23 PRIOR AUTHORIZATION NUMBER             |
| 5                    6                    |                                          |
| 7                    8                    |   A003433579                             |
| 9                   10                    |23A CLIA# (CLAIM LEVEL)                   |
| 11                  12                     |                                          |
+-----------------------------------------------------------------------------------------+
|24  A    |B |C |TYPE|     D      | E  | F        | G    |GG|H |I        |II      |J         |L       |
|DATES OF SERVICE|PLC/|CPT/|   MOD    |DIAG| $CHARGES|DAY/ |ANES|EMG|OTHER INS|NEGOTIAT|DEDUCTIBLE| PAID  |
|FROM    TO |SV/SV|HCPCS|1, 2, 3, 4|CODE|          |UNITS|TIME|IND|ALLOWED  |RATE IND| AMOUNT   |AMOUNT  |
| ▓▓▓▓▓      | 22 |  |00160   QZ P3  |1000| 4590.00 |00000.0|0201| N |    .00 |      |     .00  |   .00  |
|24M LINE INFO                        |                                                     |
+-----------------------------------------------------------------------------------------+
|SERVICE LINE # | LINE ITEM CNTRL NO   | CLIA# (LINE LEVEL)      |   SVC NPI (LINE LEVEL)   |
| 001           |1680895               |                        |                          |
+-----------------------------------------------------------------------------------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#| 27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE |
| 454552036      EIN  ▓▓▓▓▓ |           A/ASSIGNED|            4590.00|       .00|PD       .00ALW      .00|
+-----------------------------------------------------------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY  | 32B - ENCOUNTER PAID |
|   SUPPLIER (FL)                     |   WHERE SERVICES WERE RENDERED   |   DATES:             |
|                                     |                                  |                      |
|   TAXONOMY CODE    367500000X       |   BETHESDA MEMORIAL HOSPITAL OP  | CLAIM LEVEL:         |
|                                     |   2815 S SEACREST BLVD           |                      |
|                                     |                                  | LINE LEVEL:          |
|                                     |   BOYNTON BEACH        FL 334357995|                    |
|   ST LICENSE#                       |   SVC NPI (CLAIM LEVEL):         |                      |
+-----------------------------------------------------------------------------------------+
|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC                                  |
|                                                                                          |
|   ROBERTS                             MICHAEL                                            |
|                                                                                          |
|                                       PHONE# 0000000000                                  |
|   NABP#        UPIN#        NPI 1447370069                                               |
|   MEDICARE#         MEDICAID#                                                            |
+-----------------------------------------------------------------------------------------+
|34 PAY-TO PROVIDER NPI:        CLRNG HOUSE CLAIM ID: G9QEMH0YUB08TH    CLINICAL TRIAL#:    |
+-----------------------------------------------------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -      |S4 OTHER INSURANCE INFORMATION -                    |
|                                     |                                                    |
| DOB, SEX, SSN:  00000000            | CLAIM NUMBER:                                      |
| PATIENT RELATION TO INSURED:        | PAYER RESP SEQ :    ROUTE IND:                     |
| ADDR1:                              | CLAIM TOTAL OI PAID AMOUNT:        .00             |
| ADDR2:                              | CLAIM TOTAL DEDUCTIBLE AMOUNT:       .00           |
| CITY,ST,ZIP:                        | CLAIM CONTRACTUAL ADJ:     .00                     |
| PHONE: 0000000000                   | CLAIM INTEREST AMOUNT PAID:     .00                |
|                                     | CLAIM TOTAL COINSURANCE AMOUNT:      .00           |
| EMPLOYMENT STATUS CODE:             |                                                    |
| EMPLOYERS/SCHOOL NAME:              | REMARK CODE 1,2,3 AND 4:                           |
| ADDR:                               | CLAIM ADJUSTMENT INDICATOR:                        |
| CITY,ST,ZIP                         | CLAIM ADJUSTMENT ORIG. PAYMENT:       .00          |
| EMPLOYEE ID:                        |                                                    |
+-------------------------------------| REMITTANCE ADVICE REMARK CODE1:                    |
|S2 OTHER PAYOR2 INFORMATION -        | REMITTANCE ADVICE REMARK CODE2:                    |
|                                     | REMITTANCE ADVICE REMARK CODE3:                    |
| POL/GROUP#:                         | REMITTANCE ADVICE REMARK CODE4:                    |
|                  SPEC PRG IND: 000  | REMITTANCE ADVICE REMARK CODE5:                    |
| INSURANCE PLAN/GROUP NAME:          |----------------------------------------------------|
| PAYOR2 ID AND SPC: 00000   PAYER RESP SEQ : |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION|
+-------------------------------------|                                                    |
|S3 MISCELLANEOUS CLAIM INFORMATION - |                                                    |
|                                     |                                                    |
| CLAIM TAX AMOUNT:      .00          |                                                    |
| PROVIDER DISCOUNT AMOUNT:      .00  |                                                    |
+-----------------------------------------------------------------------------------------+
```

```
1 FLN/DCC 1813042656926   ID#: ███████       SRC IND: 7        VENDOR ID  EN   837 CLAIM FORM - MEDICAL      DATE 05/10/18
+----------------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER      ID#: ████████      HIC#          RTE:   ATTCH:      KEYER: 111111999  DT: 05 10 18|
+----------------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM), REL DOB SEX          |4 INSUREDS NAME (LFM)                      DOB      SEX |
| PAT REL TO INSD 18/SELF    DOB      SEX M  |                                                        M |
| ████████                              ██   | ██                        ██                             |
+--------------------------------------------+-----------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE  |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
|                                                  |                                                  |
| ████████         FL                              | ████████             FL                          |
|               PHONE# 0000000000                  |              PHONE# 0000000000                   |
+--------------------------------------------------+--------------------------------------------------+
|8 STAT     MARITAL:        EMPLOYMENT:        STUDENT:        DECEASED:                                |
+----------------------------------------------------------------------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)        DOB   SEX |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |
|                                            |   EMPLOYMENT STATUS CODE:                             |
| INSURED ID#:              00000000         |                                            ID #      |
| PATIENT RELATIONSHIP TO INSURED:           |                                                      |
+--------------------------------------------+------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7B INSUREDS POLICY, GROUP OR FECA# AND NAME |
|                                                       |                                SPEC PRG IND|
|                                                       | ████████                              000  |
|                       PHONE# 0000000000               |--------------------------------------------|
+-------------------------------------------------------|7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC|
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME            |   UNITED HEALTHCARE                        |
|                               SPEC PRG IND|           PAYOR SEQ # P              87726  CI/COMM INS |
|                                       000 |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?              |
|                                           |   NO, PATIENT DOES NOT HAVE OTHER INSURANCE          |
+-------------------------------------------+------------------------------------------------------+
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND |7E INSURANCE ADDRESS                       |
|                                                          |                                           |
| CLM FILING IND:                                          |                                           |
| DESCRIPTION:                                             |                                           |
+----------------------------------------------------------+-------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID    |9E OTHER INSURANCE ADDRESS INFORMATION     |
|                                                          |                                           |
| EMPLOYMENT STATUS CODE:                                  |                                           |
|                    ID#                                   |                                           |
+----------------------------------------------------------+-------------------------------------------+
|10 IS PATIENTS CONDITION RELATED TO:   A EMPLOYMENT?  N/NOT EMP REL                                   |
|                                       B AUTO/OTHER ACCIDENT?  NO ACCIDENT    PLACE/ST   DATE 000000   HOUR |
+----------------------------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                        |
|   ASCENT MEDICAL GROUP LLC                                                                           |
|   406 SW 12TH AVENUE                                                                                 |
|   DEERFIELD BEACH        FL   334423108                   PHONE# 9544261169                          |
|   TIN# 454552036         EIN/SSN  EIN              UPIN#                                             |
|   UHC ID                 NPI 1356616247            MDCD#                                             |
+----------------------------------------------------------------------------------------------------------------------+
|11A PAY TO PROVIDER ADDRESS                                                                           |
|   PAY-TO ADDR-1:                                                                                     |
|   PAY-TO ADDR-2:                                                                                     |
|   CITY-1:               ST:     ZIP CODE:       COUNTRY:                                             |
+----------------------------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE |12A CLAIM FREQ | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE |
|                                            |  TYPE CODE    |                                            |
| Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|  1  | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
+----------------------------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                          |
+----------------------------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR  |15 SAME/SIMILAR |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR        |  ILLNESS DATE  |                                                     |
|   000000            PREGNANCY-LMP             |                | TOTAL DISABILITY   FROM 000000    TO 000000    |
|                                               |  000000        | PARTIAL DISABILITY FROM 000000    TO 000000    |
|   SAME SYMPTOM IND:    FIRST SYMPTOM IND:     |                | DATE RETURNED TO WORK  000000                  |
+-----------------------------------------------+----------------+-----------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI   |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE |
|   BRESLAW                                     |                                                    |
|   RALPH                          1366459430   |   FROM  000000          TO  000000                 |
|   SUPERVISING PHYS            LFM  NPI         |                                                    |
+-----------------------------------------------+----------------------------------------------------+
|17A ID# OF REF. PHY.                           |20 OUTSIDE LAB?               $CHARGE               |
|                                               |                                                    |
+-----------------------------------------------+----------------------------------------------------+
```

Page 1

```
|19 REF PHY UPIN                                           REF PHY TAX ID & TYPE                          |
+---------------------------------------------------------+-----------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0 (0,9) |22 RESUBMISSION                      |
| (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)              |                                               |
| 1  K4090               2                               |  CODE          ORIG REF NO                    |
|                                                         |                                               |
| 3                      4                               +-----------------------------------------------+
|                                                         |23 PRIOR AUTHORIZATION NUMBER                  |
| 5                      6                               |                                               |
| 7                      8                               |  A044006996                                   |
| 9                      10                              |23A CLIA# (CLAIM LEVEL)                        |
| 11                     12                              |                                               |
+----------------------------------------------------------------------------------------------------------+
|24     A        |B |C |     D        | E |  F    | G  | GG| H |  I      | II      | J         |  L        |
|DATES OF SERVICE|PLC/|TYPE| CPT/   MOD|DIAG|$CHARGES|DAY/|ANES|EMG|OTHER INS|NEGOTIAT|DEDUCTIBLE|  PAID     |
| FROM    TO     |SV |/SV |HCPCS 1, 2, 3, 4|CODE|       |UNITS|TIME|IND| ALLOWED |RATE IND| AMOUNT  | AMOUNT    |
+----------------------------------------------------------------------------------------------------------+
| ████████    | 22 |    |00840  QZ     |1000 | 2925.00|00000.0|0065| N |    .00|         |      .00|       .00|
+----------------------------------------------------------------------------------------------------------+
|24M LINE INFO                                            |                                               |
+----------------------------------------------------------------------------------------------------------+
|SERVICE LINE # | LINE ITEM CNTRL NO    | CLIA# (LINE LEVEL)          | SVC NPI (LINE LEVEL)              |
+----------------------------------------------------------------------------------------------------------+
| 001           |2011400                |                             |                                  |
+----------------------------------------------------------------------------------------------------------+
|24H EPSDT IND    CODE1    CODE2    CODE3    |                                                             |
+-------------------------------------------+                                                             |
|SERVICE LINE # | EPSDT IND |FAMILY PLANNING IND|                                                         |
+-------------------------------------------+                                                             |
| 001           |           |                   |                                                         |
+----------------------------------------------------------------------------------------------------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#|27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE |
+----------------------------------------------------------------------------------------------------------+
| 454552036        EIN     | ████████           |A/ASSIGNED           | 2925.00|    .00|PD    .00ALW     .00|
+----------------------------------------------------------------------------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY  |32B - ENCOUNTER PAID             |
| SUPPLIER (FL)                      | WHERE SERVICES WERE RENDERED    |      DATES:                     |
|                                    |                                 |                                 |
| TAXONOMY CODE    367500000X        | BETHESDA HOSPITAL WEST  OP      | CLAIM LEVEL:                    |
|                                    | 9655 BOYNTON BEACH BLVD         |                                 |
|                                    |                                 | LINE LEVEL:                     |
|                                    | BOYNTON BEACH         FL 334724421|                               |
| ST LICENSE#                        |      SVC NPI (CLAIM LEVEL): 1417952748|                          |
+----------------------------------------------------------------------------------------------------------+
|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC                |33B - ORG ID AND                |
|                                                                        |      RECEIPT DATE              |
| IRIZARRY                                      JOHANNA                  |                                |
|                                                                        | ORG ID:                        |
|                                               PHONE# 0000000000        | ORG RCPT DATE:                 |
| NABP#         UPIN#           NPI 1023024700                           |                                |
| MEDICARE#             MEDICAID#                                        |                                |
+----------------------------------------------------------------------------------------------------------+
|34 PAY-TO PROVIDER NPI:           CLRNG HOUSE CLAIM ID: I5AEMH0TMN02AO     CLINICAL TRIAL#:              |
+----------------------------------------------------------------------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -          |S4 OTHER INSURANCE INFORMATION -                              |
|                                         |                                                              |
| DOB, SEX, SSN:  00000000                | CLAIM NUMBER:                                                |
| PATIENT RELATION TO INSURED:            | PAYER RESP SEQ  :    ROUTE IND:                              |
| ADDR1:                                  | CLAIM TOTAL OI PAID AMOUNT:         .00                      |
| ADDR2:                                  | CLAIM TOTAL DEDUCTIBLE AMOUNT:       .00                     |
| CITY,ST,ZIP:                            | CLAIM CONTRACTUAL ADJ:        .00                            |
| PHONE: 0000000000                       | CLAIM INTEREST AMOUNT PAID:      .00                         |
|                                         | CLAIM TOTAL COINSURANCE AMOUNT:       .00                    |
| EMPLOYMENT STATUS CODE:                 |                                                              |
| EMPLOYERS/SCHOOL NAME:                  | REMARK CODE 1,2,3 AND 4:                                     |
| ADDR:                                   | CLAIM ADJUSTMENT INDICATOR:                                  |
| CITY,ST,ZIP                             | CLAIM ADJUSTMENT ORIG. PAYMENT:       .00                    |
| EMPLOYEE ID:                            |                                                              |
+-----------------------------------------+ REMITTANCE ADVICE REMARK CODE1:                              |
|S2 OTHER PAYOR2 INFORMATION -            | REMITTANCE ADVICE REMARK CODE2:                              |
|                                         | REMITTANCE ADVICE REMARK CODE3:                              |
| POL/GROUP#:                             | REMITTANCE ADVICE REMARK CODE4:                              |
|                      SPEC PRG IND: 000  | REMITTANCE ADVICE REMARK CODE5:                              |
| INSURANCE PLAN/GROUP NAME:              |                                                              |
| PAYOR2 ID AND SPC: 00000    PAYER RESP SEQ : |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION|
+-----------------------------------------+                                                              |
|S3 MISCELLANEOUS CLAIM INFORMATION -     |                                                              |
|                                         |                                                              |
| CLAIM TAX AMOUNT:       .00             |                                                              |
| PROVIDER DISCOUNT AMOUNT:      .00      |                                                              |
+----------------------------------------------------------------------------------------------------------+
```

```
1 FLN/DCC  1719131634992    ID#: ███████      SRC IND: 7        VENDOR ID  EN   837 CLAIM FORM - MEDICAL      DATE 07/10/17
+--------------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER        ID#: ███████     HIC#            RTE:    ATTCH:     KEYER: 111111999  DT: 07 10 17       |
+--------------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM), REL DOB SEX            |4 INSUREDS NAME (LFM)                           DOB       SEX         |
|  PAT REL TO INSD 18/SELF    DOB ███  SEX F   |                                              ██████████       F      |
| ██████████                                   | ██████████                                                          |
+----------------------------------------------+---------------------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE                  |
|                                                 |                                                                 |
| ██████████          FL ███                      | ██████████           FL ███                                     |
|             PHONE# 0000000000                   |             PHONE# 0000000000                                   |
+----------------------------------------------+---------------------------------------------------------------------+
|8 STAT     MARITAL:       EMPLOYMENT:         STUDENT:          DECEASED:                                            |
|                                                                                                                    |
+----------------------------------------------+---------------------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)     DOB    SEX    |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID               |
|                                              |   EMPLOYMENT STATUS CODE:                                           |
|  INSURED ID#:           00000000            |                                                           ID #     |
|  PATIENT RELATIONSHIP TO INSURED:            |                                                                    |
+----------------------------------------------+---------------------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7B INSUREDS POLICY, GROUP OR FECA# AND NAME                    |
|                                                       |                                             SPEC PRG IND        |
|                                                       |    ██████                                          000          |
|                      PHONE# 0000000000                |7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC            |
+-------------------------------------------------------|   UNITED HEALTHCARE                                          |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME            |   PAYOR SEQ # P                        87726  CI/COMM INS     |
|                              SPEC PRG IND|-------------------------------------------------------------------|
|                                       000|7D IS THERE ANOTHER HEALTH BENEFIT PLAN?                           |
|                                          |   NO, PATIENT DOES NOT HAVE OTHER INSURANCE                       |
+------------------------------------------+--------------------------------------------------------------------------+
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND |7E INSURANCE ADDRESS                                         |
|                                                          |                                                            |
|   CLM FILING IND:                                        |                                                            |
|   DESCRIPTION:                                           |                                                            |
+----------------------------------------------------------+------------------------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID    |9E OTHER INSURANCE ADDRESS INFORMATION                       |
|                                                          |                                                            |
|   EMPLOYMENT STATUS CODE:                                |                                                            |
|                                                          |                                                            |
|                            ID#                           |                                                            |
+----------------------------------------------------------+------------------------------------------------------------+
|10 IS PATIENTS CONDITION RELATED TO:    A EMPLOYMENT? N/NOT EMP REL                                                  |
|                                        B AUTO/OTHER ACCIDENT?  NO ACCIDENT    PLACE/ST    DATE 000000    HOUR       |
+--------------------------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                                      |
|   ASCENT MEDICAL GROUP LLC                                                                                         |
|                                                                                                                    |
|   406 SW 12TH AVENUE                                                                                               |
|                                                                                                                    |
|   DEERFIELD BEACH        FL  334423108                      PHONE# 9544261169                                      |
|   TIN# 454552036         EIN/SSN  EIN              UPIN#                                                            |
|   UHC ID                 NPI 1356616247            MDCD#                                                            |
+--------------------------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE    |12A CLAIM FREQ  |13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE         |
|                                               |    TYPE CODE   |                                                    |
|   Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|  1  |Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER       |
+--------------------------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                                        |
+--------------------------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT: ILLNESS-FIRST SYMPTOM OR  |15 SAME/SIMILAR |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                    INJURY-ACCIDENT OR        |   ILLNESS DATE |                                                    |
|     000000         PREGNANCY-LMP             |                |   TOTAL DISABILITY    FROM 000000   TO 000000      |
|                                              |     000000     |   PARTIAL DISABILITY  FROM 000000   TO 000000      |
|   SAME SYMPTOM IND:    FIRST SYMPTOM IND:     |                |   DATE RETURNED TO WORK  000000                    |
+--------------------------------------------------------------------------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI  |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE  |
|   GRANDIC                                    |                                                     |
|   ELVIS                   1144438219         |   FROM ███████        TO  000000                    |
|   SUPERVISING PHYS           LFM  NPI         |                                                     |
|                                              |                                                     |
+----------------------------------------------+-----------------------------------------------------+
|17A ID# OF REF. PHY.                          |20 OUTSIDE LAB?              $CHARGE                  |
|                                              |                                                     |
|                                              |                                                     |
+----------------------------------------------+-----------------------------------------------------+
|19 REF PHY UPIN                               REF PHY TAX ID & TYPE                                  |
+--------------------------------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0 (0,9)  |22 RESUBMISSION                                 |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)                       |                                                |
| 1  M25561                 2                                        |  CODE        ORIG REF NO                        |
```

Page 1

```
|                                                 |                                        |
| 3                   4                           |                                        |
| +-----------------------------------------------|23 PRIOR AUTHORIZATION NUMBER           |
| 5                   6                           |                                        |
| 7                   8                           |    A022412800                          |
| 9                   10                          |23A CLIA# (CLAIM LEVEL)                 |
| 11                  12                          |                                        |
+-------------------------------------------------+----------------------------------------+

+------------------------------------------------------------------------------------------------+
|24    A            | B | C |       D          | E  |   F   |  G  |GG| H |   I    |  II  |   J    |   L    |
|DATES OF SERVICE   |PLC|TYPE| CPT/    MOD     |DIAG|$CHARGES|DAY/ |ANES|EMG|OTHER INS|NEGOTIAT|DEDUCTIBLE|  PAID  |
|FROM      TO       |SV |/SV | HCPCS  1, 2, 3, 4|CODE|       |UNITS|TIME|IND| ALLOWED |RATE IND| AMOUNT |  AMOUNT |
+------------------------------------------------------------------------------------------------+
| ████████        21|   |64447  RT 59|1000| 1330.00 |00001.0|0000| N |   .00 |      |   .00 |   .00 |
|                 21|   |76942  26  |1000| 1330.00 |00001.0|0000| N |   .00 |      |   .00 |   .00 |
+------------------------------------------------------------------------------------------------+
|24M LINE INFO                                    |                                        |
+-------------------------------------------------------------------------------------------------+
|SERVICE LINE # | LINE ITEM CNTRL NO       | CLIA# (LINE LEVEL)       |   SVC NPI (LINE LEVEL)    |
+-------------------------------------------------------------------------------------------------+
| 001           |1858750                   |                         |                          |
| 002           |1858751                   |                         |                          |
+-------------------------------------------------------------------------------------------------+
|24H EPSDT IND     CODE1    CODE2    CODE3  |
+-------------------------------------------------+
|SERVICE LINE # | EPSDT IND |FAMILY PLANNING IND| |
+-------------------------------------------------+
| 001           |           |                   | |
| 002           |           |                   | |
+-------------------------------------------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#|27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE|
+-------------------------------------------------------------------------------------------------+
| 454552036          EIN    | ████████          | A/ASSIGNED        | 2660.00|   .00|PD    .00ALW    .00|
+-------------------------------------------------------------------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY   | 32B - ENCOUNTER PAID |
|   SUPPLIER (FL)                     |   WHERE SERVICES WERE RENDERED   |        DATES:        |
|                                     |                                  |                      |
|   TAXONOMY CODE   207L00000X        |   BETHESDA HOSPITAL WEST  IP     | CLAIM LEVEL:         |
|                                     |   9655 BOYNTON BEACH BLVD.       |                      |
|                                     |                                  | LINE LEVEL:          |
|                                     |   BOYNTON BEACH       FL 334724421|                      |
|   ST LICENSE#                       |   SVC NPI (CLAIM LEVEL): 1417952748|                    |
+-------------------------------------------------------------------------------------------------+
|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC                                         |
|                                                                                                 |
|   ORTEGA                                      JOSE                                              |
|                                                                                                 |
|                                         PHONE# 0000000000                                       |
|   NABP#        UPIN#         NPI 1235151416                                                     |
|   MEDICARE#            MEDICAID#                                                                 |
+-------------------------------------------------------------------------------------------------+
|34 PAY-TO PROVIDER NPI:          CLRNG HOUSE CLAIM ID: H7AEMH0M8L02Q0    CLINICAL TRIAL#:         |
+-------------------------------------------------------------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -       |S4 OTHER INSURANCE INFORMATION -                          |
|                                      |                                                          |
| DOB, SEX, SSN: 00000000              | CLAIM NUMBER:                                            |
| PATIENT RELATION TO INSURED:         | PAYER RESP SEQ :    ROUTE IND:                           |
| ADDR1:                               | CLAIM TOTAL OI PAID AMOUNT:     .00                      |
| ADDR2:                               | CLAIM TOTAL DEDUCTIBLE AMOUNT:     .00                   |
| CITY,ST,ZIP:                         | CLAIM CONTRACTUAL ADJ:     .00                           |
| PHONE: 0000000000                    | CLAIM INTEREST AMOUNT PAID:    .00                       |
|                                      | CLAIM TOTAL COINSURANCE AMOUNT:    .00                   |
| EMPLOYMENT STATUS CODE:              |                                                          |
| EMPLOYERS/SCHOOL NAME:               | REMARK CODE 1,2,3 AND 4:                                 |
| ADDR:                                | CLAIM ADJUSTMENT INDICATOR:                              |
| CITY,ST,ZIP                          | CLAIM ADJUSTMENT ORIG. PAYMENT:     .00                  |
| EMPLOYEE ID:                         +----------------------------------------------------------+
+--------------------------------------| REMITTANCE ADVICE REMARK CODE1:                          |
|S2 OTHER PAYOR2 INFORMATION -         | REMITTANCE ADVICE REMARK CODE2:                          |
|                                      | REMITTANCE ADVICE REMARK CODE3:                          |
| POL/GROUP#:                          | REMITTANCE ADVICE REMARK CODE4:                          |
|                   SPEC PRG IND: 000  | REMITTANCE ADVICE REMARK CODE5:                          |
| INSURANCE PLAN/GROUP NAME:           +----------------------------------------------------------+
| PAYOR2 ID AND SPC: 00000    PAYER RESP SEQ : |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION|
+--------------------------------------+---------+----------------------------------------------+
|S3 MISCELLANEOUS CLAIM INFORMATION -  |         |                                              |
|                                      |         |                                              |
| CLAIM TAX AMOUNT:       .00          |         |                                              |
| PROVIDER DISCOUNT AMOUNT:     .00    |         |                                              |
+-----------------------------------------------------------------------+
```